UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN ANTILLA | : | |
|    Plaintiff | : | CIVIL NO. 3:09-CV-2128(CBK) |
| v. | : | |
| L. J. ALTFEST & CO., INC. | : | |
|    Defendant | : | DECEMBER 21, 2012 |

**PLAINTIFF'S WITHDRAWAL OF MOTION FOR JUDGMENT
TO ENFORCE PARTIES' SETTLEMENT AGREEMENT**

The plaintiff hereby withdraws her Motion for Judgment to Enforce Parties' Settlement Agreement, including the request that the Court award fees and costs to the plaintiff.

                PLAINTIFF,

                By /s/Thomas P. Willcutts
                   Thomas P. Willcutts (ct09422)
                   Willcutts Law Group, LLC
                   285 Farmington Avenue
                   Hartford, CT 06105
                   Tel: (860) 524-6800
                   Fax: (860) 524-7766
                   Email: tpw@willcutts.com

CERTIFICATE OF SERVICE

     I hereby certify that on December 21, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Thomas P. Willcutts
Thomas P. Willcutts [ct09422]
Willcutts Law Group, LLC
285 Farmington Avenue
Hartford, CT 06105
Phone: (860) 524-6800
Fax: (860) 524-7766
Email: tpw@willcutts.com