UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SUSAN ANTILLA, | |
| Plaintiff, | 3:09-CV-2128 (CBK) |
| -vs- | ORDER OF DISMISSAL AND SANCTIONS |
| L. J. ALTFEST & CO., INC., | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court has been advised that the above-captioned case has been settled,

Now, therefore,

IT IS ORDERED

(1)     That this action is hereby dismissed without prejudice to the right of any party and with either party able, after good cause shown on or before January 25, 2013, to move to vacate this Order of Dismissal and reopen this action if settlement is not consummated.

(2)     That the parties shall each pay to the Clerk of this Court one-half of the cost of the travelling judge's expenses that were associated with his premature arrival in Connecticut in anticipation of this proceeding going to trial, namely $1,000.00 from plaintiff and $1,000.00 from defendant. The parties were instructed on their right to a hearing on the imposition of sanctions and have jointly waived this right.

Dated this 26th day of December, 2012.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge